U.S. District Court

Roger Godwin 08265.050, Plaintiff,
-vs-                    Case No.
J.T Shartle, A. Cristinzio, Lt. Van Devender, SIS J. Gallion, SIS-Lopez, L. Johannies, LPN Jeffrey Williams, Inmate Thomas Williams, S. England, A.W Mitchel USP Captain, A.W Brickett, A. Stangl, S. Boyer, Juan D. Castillo, Inspector General Fine, General Counsel, John Doe Defendants, Sued In Their Individual Capacities, 28 U.S.C 1331, Bivens Action Complaint

## Complaint:

Comes Now, plaintiff-pro-sec, H[a]wing the above action submits this complaint for exemplary damages, punitive damages, compensation damages against defendant(s) for violating plaintiff(s) civil rights, constitutional rights secured per Amendments 1st, 5th, 6th, 8th, 14th of the Bill of Rights, the ordained Constitution of the USA, each defendants is a person within the meaning of 28 USC sec 2346, are subject to the provisions of Federal & State as written.

## Jurisdiction:

This Court has subject matter, personal matter jurisdiction over claims for relief under 18 USC Sec 1964(a)(c) - Equity Rights To Sue & Treble Damages, 28 USC Sec 1331 - Federal Question, 42 USCS 1983, 1985 - Jurisdiction Over Civil Rights Actions, Civil Conspiracies, 28 USC 1346, 1346: Liable, or Liability, Alternatively, 28 USC 1346(b)(c), 18 USC 4126, Federal Compensation Act.

## Venue:

Per 18 USCS 1965(a)(b), 28 USCS 1361, 1391(b)(8), 1355

defendants are either residents or transact their affairs in Arizona, California, D.C, the ends of Justice requires the parties residing in other districts to brought before this Court under its long arms statute, venue is properly invoked pursuant 28 U.S.C. 1331, 42 USCS 1983 ct.

## Plaintiff:

The plaintiff is a white male, "Ryland Saui" currently held in the custody of Attorney General Loretta Lynch, BOP Director Juan D. Castillo with a current address of: P.O Box 24550, FCC-USP Tucson, AZ 85734.

## Defendants:

All the herein named/unnamed defendant(s) are employed by USDOJ, BOP besides Thomas E. Williams who is an FBOP Prisoner.

## Statement of Facts:

The following statement of facts are the basis for the above titled cause of action. On 5-8-16 I was moved to B-136-L @ SHU w/ Thomas E. Williams, on 5-8, 5-9, 5-10-16 I was sexual harressed by Williams, sexual solicited if I would let him sexual intercourse in my rectum, I suck his penis he'll pay me $150.00 I decline to do so, on 5-11-16 he placed a homemade knife on my throat sexual assaulted me in my rectum w/his penis, I reported it to all defendants 5-11-16 to present, I had to hold food trap to be removed from cell B136 to C-153 w/ Corey Ketcham # 18101052 who I discovered was also victim of sexual preds. by Williams (see exhibit-A) this is a violation of PREA Act, 8th, 14th USCA - Failure to protect me from sexual assault/harassment by Williams

(3)

cruel, unusual punishment, infliction, wanton pain, ache, deliberate indifference etc et al. Def(s) Lopez, Gillion, Critinizio, Van Devender, Shartle, LPN Williams, S. England, Mitchell, Brisket, Capt. King, S. Bowers, A. Stengl, CO F. Illig, I verbally notified them on 5-8-16, 5-10, 5-11-16, 5-18-16, 5-21, 5-25, 6-1-16, 6-3-16, 6-8, 6-15, 6-15, 6-23-16 in via person, institution mail, B-136, C-153, C-147, C-154 by myself and ketchamp the victims. Defendant(s) knew Williams sexual prey on white victims, did nothing to intervene nor did they intervene, stop or notify OIG, BOP, local authorities when I was sexual assaulted by Williams S. 5-11-16, each defendant(s) have an obligated Job, duty to intervene, report PREA violations, provide repe kit, medical care + treatment to me, which none, do not, do yet they've harassed, threat, threaten to have me killed, murdered if I didn't stop I was sexual assaulted, they would have me assaulted, stabbed, killed, murdered in the SHU at USP Tucson or any BOP, USP, FCI I go to by my enemies in white gangs, all I/M (prisoners), they defendants came to my cell C-153, C-147, C-154, said: "how do it feel to be raped. Fuck you, is that ass still bleeding, I hope you die bitch." I have been bleeding from rectum - black charcoal, red blood, where Williams sexual assaulted me, witness + exhibit I I personally seen blood run down my legs, I've told defendant(s) nothing was done, I've sent sick calls to Williams, England, nothing was done. I've reported all to defendant(s), was denied medical care, treatment, I've had to place toilet paper in my rectum to eliminate bleeding from my rectum E-Unit

Counsell L Johannies has denied to process my BP's due they written in pencil, not pen. I at SHU I'm allowed only pencil, all dealing w/ PREA violation, medical harassment etc (exhibit 2) he wouldn't give BP 9,10,11 due I have no pen on 5-20-16, 5-24-16, 5-25-16, 6-1-16, 6-3-16 he said too fucking bad, I'm not processing them unless there is pen, how you like those apples bitch, Johannies said also on those dates harassed, threatened to have me killed. I'm not scared of you, I'll beat your fucking ass bitch, I'll have you killed at USP Atwater, CA or any USP, FCI, I owe you a lick bitch, is that see still bleeding. I reported to all lieutenants, captain and nothing was done. I gave AW Brickett an BP 9 on 6-9-16 (no response) this is a civil rights violation 42 USCA, Codes of Fed Regulations, BOP policies, number crimes violated. I've ordered defendants to take on these actions, they disregarded me. I've notified them all the illegal unofficial civil rights violated by L. Johannies, Williams, Brickett will have illegal violated BOP Policies, CFR's violating the laws, constitutional rights violated (no response) 5-9-16 I filed BP 8 policy mandates Johannies to investigate all BP8s, PREA violations, staff misconduct, denied medical treatment, civil rights violations by Williams, LPN, Williams, Endeard, Strong, Brickett, he refused to do so or process BP8s or give BP9, due I wrote them in SHU pencil, not pen, all dated, days trash made. No denial that criminal crimes, PREA, civil rights violated, BOP Director Juan Castillo s/

defendant(s) has made No denial to these facts, in fact they deliberately refused to address them, failing to notify Internal of Affairs-BOP,OIG, local authorities, FBI that serious crimes/PREA have taken place, I've been denied process BP8 or give BP9, threats, harassments, death threats etcetal. It's obvious Startle, Castillo never properly investigated my PREA Act violations, civil rights violations, criminal conduct, contained therein, as to date I've never received No response from ANY defendants, as to any investigation by them on BOP Internal Affairs, FBI, have been arrested, indicted or punished in any shape or form from any defendant(s) or for the criminal activities, violating my civil rights, liberties, I've made it perfectly clear what had happened, with dates, what violations/criminal activities, civil rights violated [No response], this tactic is an BOP attempt all defendant(s) to deter me from following through with my lawsuit(s), prosecution on defendant(s). I had every reason to believe defendant(s) wouldn't commit crimes against me or violate my civil rights, I had every reason to believe defendant(s) would protect my constitutional rights, civil liberties, interests, I had notify defendant(s) of obvious crimes, civil rights being violated 8th, 14 USC+ by all def(s) I would be protected from additional harm in the civil rights Bivens Action, I've Not surrender my unqualified rights, privileges, immunities, liberties, duties, is expressly declared by the declaration of Independence, Bill of Rights, U.S. Constitution, I had every reason to believe/expect all def(s) who directly or indirectly are charged with duty supervision to follow established policies,

criteria enumerated, CFRs, BOP Policies, US Criminal Codes, Civil Rights etc etc. The facts, evidence is concerted systematicly by each def(s), their Agents to deliberately, willfully, knowing intentionally deprive, violate my civil rights, constitutional rights, secured rights, Amendments 1st, 5th, 6th, 8th, 14th USCA. All def(s) have shown deliberate indifference, malice towards me, each knew or should have known that such illegal, unofficial acts, omissions, conducts was illegal. 6-4-16, I reported all to SHU Lt. K Schid he said "there's nothing I can do to you." Per 28USC§1915(a) I'm in imminent danger as mention above, I'm requesting for $650,000.⁰⁰ in compensation damages, $6,500,000.⁰⁰ in punitive damages per occurrence non-aggregate, ~~and~~ demand Jury Trial per 7th USCA.

Legal Claims:

Plaintiff is in imminent danger 28 USC§1915(a). An inmate has the right expect defendant(s) to follow its own policies and Regulations. Payne v. Block, 714 F2d 1510 (11th Cir 1986), Simmons v. Block, 782 F2d 1545 (11th Cir 1986). Failure of an Agency to comply w/its own Rules, Regulations constitutes arbitrary, capricious conduct. Hall v. Lombard, 996 F.2d 954 (8th Cir 1993) when Prison regulations contain language of mandatory nature ("shall, must, will only") they are interperted as creating a protectable liberty interest. Schering v. Shalala, 995 F.2d 1103 (DC Cir 1993). No matter what agency said in the past, or what it didn't say, after agency issue Regulations it must abide by them. Sierra Clubs V. Martin, 168 F3d 4 (11th Cir 1999). Courts must over turn Agencies actions which do Not Follow Regulations,

#procedures promulgated by agency itself. U.S. v. Caceres, 137 L.Ed 2d 452, any official who deliberately, willfully, knowingly, violate a known constitutional right shall be found guilty of conspiracy under 18 USC §242, will serve no less than 1 year imprison on each count. Def(s), the inmates deliberately, willfully, knowingly, intentionally deprived my constitutional rights secured by 1st, 5th, 8th, & 14th USCA, they've shown deliberate indifference, malice toward me, they should know such conduct violates: 28 CFR §542.10-18, TCX Policy 1330.17, BOP PS# 3420.0x, #1040.03, #320.13, #1210.17, anti-harassment policy, 5 USC §706(2)(A), 18 USC §§ 241, 242, 18 USC §1001, ___ 42 USCS §1985. All to the deriment of the plaintiff(s) rights, privileges secured under the Constitution, supported under rule of law 18 USCS §408; thus exploited me. A fundamental principle of federal law is when an agency must follow its own rules which defendants didn't do. Failure to protect me from PREA sexual assault, threats, death threats, harassment, civil rights violation, criminal conduct, PREA exam, rejected, denied rape kit, medical care, treatments, or investigate or clear process. BP 8, 9, 10, 11. Morton v. Ruiz, 415 US 199, 232-35 (1974). Where the rights of individuals are affected, its encumbent upon agency to follow their procedures. A violation by agency of its own regulations constitute a violation of the Administrative Procedures Act, that the agencies action is arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law, 5 USC §706(2)(a), Lewis v. Nelson, 514 F.Supp 2d ___ 73 (C.D.FL 1982), Tefel v. Reno, 972 F.Supp 608 (1997). All def(s) not follow PREA regulations or BOP...

8

policy etc etc] All relief she has granted to victim-Plaintiff, next amendment claim. 28 USC 1915(a)

## Second Cause of Action.

Whether Defendants violated 8th, 14th USCA. Yes, they failure to protect plaintiff from sexual assault by Williams 5-25, 5-10, 5-11-16, PREA violation, failure to notify OIG, BOP, FBI, Prea authorities, provide rape kit examination, medical care, requirements to the victim-plaintiff Roger Brad Jinkowski a.w.a. Rija Al Saudi white muslim terrorist which proves they violated 8th, 14th USCA. Farmer v. Brennan, 511 US 825, 837, The Def(s) threaten to have me rist, beat, kill, murdered by my enemies white gangs, political prisoners at USP Tucson-SHU or ASPC if I go to, each def(s) knew of my circumstances, ignored, ignored, told them, they knew I had rectum bleeding, pet alone was done by No def(s). Prison officials are deliberately indifference to a prisoners serious medical needs, when they deny or delay, interfere w/medical treatment. Lopez v. Smith, 203 F.3d 1122, 1131 (9th Cir. 2000)(quoting Estelle v. Gamble, 429 US 97, 104-105); McGuckin v. Smith, 974 F.2d 1050, 1059 (9th Cir 1992); Cegin v. Slack, 68 F.3d 645, 647 (9th Cir 1995). Supervisor may be liable if she/he is personally involved in the constitutional deprivation or there is a sufficient cause connection between the Sup's wrongful conduct, constitutional violation. Id. All def(s) are held liability of their wrongful conduct to failure to protect, civil rights violation, threats, harassment, death threats

denied process BP8's, Administrative Procedures Act violation, failure to provide expert follow-up and/or medical care, treatment violates 8th, 14th USCA, violates BOP PS# 3420.11, #3713.24, #3713.25, #5290.15-Medical education, #6010.05 they all had job to intervene before but refused by turning a blind eye upon me my life, liberties and health. This is imminent danger 28 USC 1915(a).

### Third Cause of Action:

1. Johannes violated First, 14th USCA, Administrative Procedures Act.

Yes, on 5-16-16, 5-20, 5-24, 5-25, 5-28, 5-6-1-16 he willfully knowingly intentionally denied/refused my BP-8 due they essentially overturn were denied give me BP-9 (exhibit 4) clarifies to us violates Tex Policy 1330.16.B mandates Johannes access. If BP-8 issues reply to within 30 days, give BP-9, 10, 11. If inmate requests 28 CFR 542.10-19. Johannes denied, interfered with exhausting with my administrative procedure exit process, see Jones vs Bock, 549 US 199, 216 (2007), Doyle vs Chandler, 151 F3d 804, 809 (7th Cir. 1998), see Napier vs Laurel Co. Ky 636 F3d 218 (6th Cir. 2011). When a plaintiff contends that he was prevented from exhausting his administrative remedies must the def(s) present evidence showing that the plaintiff's ability to exhaust was not hindered, here defs presented no proof that they did NOT interfere w/ my ability to exhaust my Adm remedies when I brought to their attention regarding Johannes deny BP-9, deny process my BP-8. The tenth circuit Court of Appeals has held that when a prison official inhibits a prisoner

from utilizing an Administrative Process through ive threat, intimidation, that process can no longer be said to be available under (PLRA). See, Turner vs Burnside, 541 F.3d 1077 (11th Cir 2008), Kaba vs Stepp, 458 F.3d 678 (7th Cir 2006), Hemphill vs NYP, 380 F.3d 680 (2nd Cir 2004). Def Johannes threat, intimidation actually did deter me from filing BP8, BP9/10, 11, or pursuing part of the Adm remedy process. The filing of a grievance is protected conduct. See Rhodes vs Robinson, 408 F.3d 559 (9th Cir. 2005), the mere threat of harm can constitute adverse action sufficient to warrant judicial intervention. S-g Brodheim v. Cry, 584 F.3d 1262 (9th Cir. 2009). Plaintiff is in imminent danger 28 U.S.C. 1915(g) due harassment, threats, death threats, civil rights violations, criminal conduct, Adm Procedure Act violation, denied medical care, treatment, rape kit, I'm still bled in rectum b/f x a day.

Equity:

Plaintiff has no plan, adequate or complete remedy at law to address wrongs, violations described and supported by case law herein, plaintiff has, will continue to be irreparably injured by the conduct of the defes), in imminent danger 28 U.S.C. 1915(g) unless this Hon. Court grants a tory up relief which plaintiff seeks.

Conclusion:

Wherefore, based on the premises and the facts presented herein, I victim #5 prays thus Hon. Court grants relief sought sui sponte, or

alternatively, set this case for a Jury Trial, for I can expose the illegal punitive actions of ALL defendants uncovered therein, or any other relief this Court deems appropriate. Just

**Relief Sought:**

1. Set defies for the willfully, knowingly, intentionally, & deliberately, malice violated my U.S. Constitutional Rights, Bill of Rights, CFRs, BOPPH, Regulations, U.S. Criminal Code, I seek 96,500,00. in $ compensatory damages, 6,900,000.00 in punitive damages per occurrence/per Aggregate

2. Jury Trial per 7th USCA

3. Criminal Charges on All defendants(x)

4. Recruit Counsel for me 28 USC 1915(e)(1).

5. response to complaint 14 days, service at Discovery 75 days

6. Administrative Transfer COPD #5100.07, 5100.0X, 18 USC 3021(b)

7. If plaintiff is harassed/threats, threatened, death threats, retaliated, retaliated, retaliation, mail tampering, intervening/tampering w/censorship, legal mail, judicial, mail, non-random cell searches, frivolous incident reports, civil right violations, the plaintiff will amend complaint.

8

I declare under perjury penalty, 28 USC 1746 that [illegible]

## Certificate of Service

I [illegible] under perjury 28 FCC 1746 that I sent US Court Clerk Copy on 6-29-16, [illegible] Postal Service.

Submitted,

[signature]

Plaintiff [illegible] se, Attorney
Roger Dale Godwin 08265[illegible]
FCC [illegible]
PO Box 24550
Tucson, AZ 85734

6/?/?

CC:
Complaint enclosure

US District Court of Tucson

Roger Godwin, Plaintif

EXHIBIT-A

vs.

Lt. D. Tinaccelo, A. Cristinizio, Lt. Van Devender, J.T. Hartle, SIS Gallion, SIS Lopez, L. Johannie, Jeffery Williams, S. England, Thomas E. Williams, A.W. Mitchell, A.W. Birkett, USP Tucson Captain (Unknown Name), S. Bowers, A. Stangl, BOP Regional Director, Western Regional Director, Juan D. Castillo, Defendants, Custodians, Sued in thier individual capacities 28 USC 1331, Bivens vs. Six Unknown Federal Narcotic Agents, 403 US 388 [1971] Civil Complaint

This Court has jurisdiction Subject matter and personal jurisdiction over claims for relief of t under principles of: 18 USC SEC. 1964 (a)(c) Equil Rights to sue and treble damages, 28 USC SEC. 1331 federal question, 28 USC SEC. 1343 federal question of federal prisoners, 42 USC SEC. 1985, 1983 Jurisdiction over Civil Rights Actions, and Civil Conspiracies, 28 USC SEC 1346, 1355 is liable and/or liability, and alternitavely, 28 USC 1346 (b)(:), 18 USC SEC 4126 Federal compensation Act.

Affidavit by Cory Ketchum 18101-052, Farm I am any witness for the Plaintif, I am a citizen of the State of Arizona, currently held in Custody of the US Attorney General and the BOP with a current address of P.O. Box 24550, Federal Correction Complex USP Tucson, Tucson, Arizona 85734. All the hearing named, unnamed defendants are

employed by either the federal Bureau of Prisons, US DOJ, and are being sued in their individual capacities, while acting under the color of federal law. On 5-6-16, I was celled up with inmate Thomas Williams Cell B-136, who is known as a Sexual Predator upon White inmates such as Marshal Barrows, Inmate Huffman, Josh Stafford. He paid both all inmates money to have sex with him. On 5-6-16, 5-7-16, ~~5-8-16~~, Williams solicited me, sexually harrassed me for 150 dollars to have sex with him, I declined, I told SHU Staff C.O. White what occured, he moved me to C-153 by myself. On 5-11-16, Inmate Roger Godwin 08265-090, was moved into the cell with me, and I descovered he was also a victim of Williams. From 5-11-16 to Present, me and the plaintif have submitted cop-outs to all defendants, as well tell them all b/a, i.e. in person but we were ignored by all defendants, which as stated on 5-16, 5-24, 5-25, 5-26, 6-1, 6-3-16, nobody has sexualy assaulted either of you, or sexually harrassed you and you don't need medical attention. This is a PREA Act Violation. Each Staff had a obligated job and duty to interview and report alligations to local authorities as well BOP which they did not do. But they have harrased and threatened the plaintif if he did not stop claiming he was raped they will personally have him assaulted, stabbed, cut, killed, murdered here in the SHU at Tucson C-153, C-147 by his enemies (White Gangs, Political Prisoners) and they have came by kicked our Cell and said "how does it feel for a nigger to rape you and fuck you, is that ass still bleeding?"

I hope you die bitch." The plaintif has been bleeding charcoal black from his rectum where Williams sexually assaulted him in the rectum, I have personally seen black charcoal blood run down his legs, he has told the defendants and submitted medical sick calls and was denied medical attention by S. England, Jeffrey Williams, and AW Mitchell, he's taken toilet paper and put it in his rectum to eliminate the bleeding. E-1 councelor L. Johannies, has denied to process Plantifs BP-8, dealing with this case on 5-20, 5-24, 5-25, 5-26, 6-1, 6-3-16, because the BP-8s were written in pencil, the Plaintif told as well as myself that we are only allowed pencils in the SHU, he said "to fucking bad, I am not processing these BP-8s unless they are in pen. How do you like those apples, bitch." He has also on these dates verbally, orally, willfully, knowingly, intentionally, deliberately, threatened to have plaintif killed at WP Attwater, California, or any active WPs, FCIs, Lows, Camps, RRCs, and he told the plaintif "I'm not scared of you, I will beat your fucking ass, bitch. Is that ass still bleeding?". The Plaintif reported this to Lt. Timmercello, SIS Crutrizio, Lt. Van Devender, J.T. Shedle, SIS Gallion, SIS Lopez, AW Birkett, WP Tucson Captain (Unknown Name), J. Bowers, A. Stangl, BOP Director Juan Castillo and myself has also reported this to them as well and nothing was done, This is a violation of the Plaintifs Civil Rights, Code of Federal regulations, BOP Policy Statements, and numerous crimes, and we both ordered them, defendants, to take this action but there was nothing done, We have notified them that the actions of Johannies were taking illegal and violated the CFRs, BOP Policy Statements,

in addition to violating the law, where a violation of our constitutional rights, however, no response was received. On 5-19-16, Plaintiff filed BP-8, policy mandates that L. Johannies investigate all complaints, due to allegations of criminal activity by defendants as well inmate Thomas Williams PREA violation, Civil Rights violation, Johannies refused to process and investigate the Plaintiffs BP-8s, Johannies also denied Plaintiff BP-9, Once again me and the Plaintiff put above mentioned staff on notice for violating our constitutional Rights and committing crimes, and nothing was done. J.T. Shartle, Lt. Tromerello, A. Gutinizio, Lt. Van Devender, SIS Gallivan, SIS Lopez, L. Johannies, Jeffery Williams, S. England, AW Mitchell, AW Burkett, USP Tucson Captain, S. Bowers, A. Stangl, BOP Regional Director Castillo, has made no denial that crimes of a PREA violation or our constitutional Rights have been violated, Regional Director or Defendants make the denial to these facts, in fact he diliberately refused to address them and failed to notify internal affairs or FBI that serious crimes have taken place. Johannies has denied to give Plaintiff BP-10, BP-11, it is obvious that the regional director never properly investigated Plaintiffs PREA Act, and the criminal allegations contained therein. As to date we never recieved no information from Castillo or J.T. Shartle as to any investigation by him or internal affairs, None of the defendants have been arrested, indicted or punished in any way, shape or form for their criminal activities in violating my and plaintiffs Civil Rights, And we have

made it perfectly clear what had happened, what crimes have been violated and Civil Rights violations. No Response, this tactic is a BOP's attempt to deter the plaintiff from following through with his Lawsuit and prosecution upon all defendants. Me and the Plaintiff, have every reason to believe that the named, unnamed defendants will follow the regulations, policies, that govern them i.e. CFR's BOP's Policy Statements, US Criminal Code, UCA, etc. Et. Al. We had every reason to believe the defendants would not commit crimes against us. We had every reason to believe that the named defendants would protect our constitutional Rights, liberty interests. We had every reason to believe that when we notified staff of the obvious crimes being committed by numerous staff, we would be protected from any additional harm. Payne vs. Block, 714 F2D 1510 [11th circuit 1986]. An inmate has the right to expect prison officials to follow it's own policies, regulations. Simmons vs. Block, 782 F2D 1545 [11th Circuit 1986]. Failure of an agency to comply with it's own regulation, constitutes arbitrary, capricious conduct. Hall vs. Lombardi, 996 F2D 954 [8th Cir. 1993]. When Prison regulations contain language of mandatory nature [shall, will, must, only] they are interpreted as creating a protectable liberty interest. Schering vs Shalala, 995 F2D 1103 [DC Cir. 1993]. No matter what agency said in the past or what it did not say after agency issues regulations, it must obey by them. Sierra Club vs. Martin, 168 F3D 4 [11th Cir. 1999]. Courts must overturn agency actions

which do not follow regulations, procedures, promulgated by ~~the~~ agency itself. US vs Lanier, 137 LED 2d 432, any official who deliberately, knowingly, willfully, violates a known Constitutional right shall be found of conspiracy under title 18 USC SEC 242, would serve no less than 1 year in prison on each count. Me and the plaintiff in this civil Rights complaint are citizens of the USA, unfortunately a federal prisoner, however, we did not surrender our unqualified rights, privileges, immunities, liberties and duties as expressly declared by the declaration of independence, Bill of Rights, Constitution of the USA. We had every reason to expect these federal officers who directly or indirectly are charged with a duty supervising prisoners to follow established policies, criteria enumerated and CFR's BOP, policy statements, United States criminal code, and Civil Rights. The facts and evidence of this affidavit is clear a concerted systematic effort by each and every named Defendant and their agents to deliberately, willfully, knowingly, intentionally deprive our constitutionally secured Rights, including, not limited to, amendments I, ~~IV, V, VIII, XIV~~ of the Constitution of the USA. Defendants have shown deliberate indifference, malice, toward us, each defendant knew or should have known, that such conduct violating the following: CFR's, Namely but not limited to: 28 CFR 1B, 13(w), BOP Policy statement: 3420.08 - Standards of Employee conduct, #1040.03 - non discrimination toward

inmates, #1330.13 - 1330.17B - Administrative remedy program, #1210.17 office of internal affairs, Federal Law violations, 5 USC SEC 706(2)(a), 18 USC SEC 2 - aids and abets, 18 USC SEC 3 - Accessory after the fact, 18 USC SEC 241 - conspiracy against rights, 18 USC 242 - deprivation of rights under color of law, 18 USC SEC 1001 - false statements, entries, 42 USC SEC 1985, Conspiracy. A fundamental principle of Federal law is that agency must follow its own rules. Morton vs. Ruiz, 415 US 199, 233-235, 94 S.CT. 1055, 39 L.ED. 2D 27 [1974]. Where the rights of individuals are effected, it's incumbent upon agencies to follow their own procedures. The failure of an agency to follow its own regulations constitutes arbitrary, capricious conduct. Lewis vs. Nelson, 544 F.Supp 973 [S.D.F.I.A82], Tefel vs. Reno, 972 F.Supp. 608 [S.D.F.I.1997]. The violation by an agency of its own regulations also constitutes a violation of the administrative procedures act in that the agencies action is arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with Law 5 USC SEC 706 (2)(A). Defendants actions and or inaction, they have shown deliberate indifference and malice towards myself and Plaintiff, each defendants knew or should have known that their conduct violated executive order #11755, and under 18 USC SEC 4082 and thus exploited myself and the Plaintiff. Myself and Plaintiff has no plain, adequate or complete remedy at law to redress the wrongs and violations described and

supported by case law, herein. Myself and Plaintiff has and will continue to be irreparably injured by the conduct of the named defendants, unless this honorable courts grants a form, and the relief which plaintiff seeks. I think the plaintiff should be awarded 250,000 dollars in compensatory damages, and $2,500000.00 in punitive damages, pro occurrence, none-aggregate I pray the court grants plaintiff relief sought. Sua-sponte and, or set the case for a jury trial to allow me and Plaintiff to expose the illegal, punitive actions of all defendants named herein, and that a temporary restraining order is placed upon all defendants, or any other relief this court deems appropriate and just. On 6-4-16 Plaintiff once again told Lt. Schiefabuir Johnnies harrasment and threats on 6-3-16, he said he could not do anything about it.

### Certificate of Service

I swear under penalty of purgery 28 USC 1746 that everything stated in this affidavit is true and correct, and sent to the court on 6-8-16 by way of US Postal Service.

*[signature]*

Cory hatcher  18101-052
FCC-USP Tucson                                  6-8-16
PO Box 24550
Tucson, AZ 85734